UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

**FILED**

MAY 24 2022

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) 1:22-cr-65 |
| v. | ) |
| | ) Atchley / Lee |
| JACKIE BAILEY | ) |

# INDICTMENT

## COUNT ONE

The Grand Jury charges that on or about March 21, 2022, in the Eastern District of Tennessee, the defendant, JACKIE BAILEY, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and the firearm was in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegation contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1) as set forth in this Indictment, the defendant, JACKIE BAILEY, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of the offense, including but not limited to: a Glock 23 pistol and ammunition.

A TRUE BILL.

[signature redacted]

FOREPERSON OF THE GRAND JURY

Francis M. Hamilton III
United States Attorney

By: [signature]

Scott A. Winne
Assistant U.S. Attorney